NUMBER 13-09-00106-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

EX PARTE: EFRAIN MALDONADO, JR.

____________________________________________________________


On appeal from an application


for Writ of Habeas Corpus


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 


Memorandum Opinion Per Curiam


 

 Efrain Maldonado, Jr., pro se, perfected his appeal from the trial court's denial of his
application for writ of habeas corpus. Efrain Maldonado, Jr. has filed a motion to dismiss
his appeal without prejudice and for a copy of his "Amended Memorandum of Law" which
was filed with the trial court. See Tex. R. App. P. 42.2(a). Without passing on the merits
of the case, we grant the motion and dismiss the appeal. We also grant Efrain Maldonado,
Jr.'s request for a copy of his Amended Memorandum of Law. The trial court is directed
to send Efrain Maldonado, Jr. a copy of his Amended Memorandum of Law within twenty
days from the date of this memorandum opinion. Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.

 

 PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this 2nd day of July, 2009.